Chandra KISHOR, Plaintiff—
Appellant,

v.

GEAGHTY, Doctor; et al.,
Defendants—Appellees.

No. 05–16621.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2006.*

Decided April 18, 2006.

Chandra Kishor, CSPSOL—California
State Prison, Vacaville, CA, pro se.

Constance Picciano, Esq., Stephen
Charles Pass, AGCA—Office of The Cali-
fornia Attorney General, Jerome M. Var-
anini, Esq., Trimble, Sherinian & Varanini,
Sacramento, CA, Francis D. Conway, Esq.,
Lynch Gilardi, San Francisco, CA, for De-
fendants–Appellees.

Before: SILVERMAN, MCKEOWN,
and PAEZ, Circuit Judges.

MEMORANDUM **

California state prisoner Chandra Ki-
shor appeals pro se from the district
court's order dismissing his 42 U.S.C.
§ 1983 action alleging deliberate indiffer-
ence to his serious medical needs. We
have jurisdiction pursuant to 28 U.S.C.
§ 1291. We review for abuse of discretion
a district court's dismissal for failure to
comply with court orders and procedural

rules, *Ferdik v. Bonzelet*, 963 F.2d 1258,
1260 (9th Cir.1992), and we affirm in part
and dismiss in part.

The district court did not abuse its dis-
cretion by dismissing Kishor's action on
the ground that he repeatedly failed to
comply with court orders and the rules of
procedure requiring him to amend his
complaint to include only those claims for
which he had exhausted administrative
remedies prior to suit. *See* Fed.R.Civ.P.
41(b) (allowing dismissal of an action for
failure of the plaintiff to comply with pro-
cedural rules or any order of the court);
*see also Ferdik*, 963 F.2d at 1260–61 (af-
firming dismissal of prisoner civil rights
action where prisoner failed to comply
with district court's order for filing an
amended complaint).

We lack jurisdiction over Kishor's claims
against defendant Dr. Drennan because he
was not timely served with a notice of
appeal in the form of Kishor's informal
opening brief. Accordingly, the Appellate
Commissioner's order of November 25,
2005 is vacated as to Dr. Drennan.

Kishor's remaining contentions lack
merit.

All pending motions are denied as moot.

**AFFIRMED in part; DISMISSED in
part.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-cation and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.